# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Bid Protest

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ) <br> ) <br> Defendant. ) <br> ) | Case No. __25-1277 C__ <br><br> Judge _____ |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 16 of Appendix C of the Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") respectfully requests that the Court enter a protective order in the above-captioned case. The Complaint contains proprietary and confidential information of HPCC. HPCC also anticipates that the protest will require the disclosure of information considered source selection sensitive or otherwise protected by the government.

While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court by (1) Cianbro Constructors, LLC and EVCON-CWC JV, LLC, docketed as Consolidated Case No. 25-01034; (2) The Haskell Company, docketed as Case No. 25-1134; (3) HPCC, docketed as Case No. 25-1149; and (4) HPCC, docketed as Case No. 25-1189, all of which are currently before Judge Holte. Motions to consolidate Case No. 25-1134, Case No. 25-1149, and Case No. 25-1189 with Consolidated Case No. 25-01034 are pending.

Dated: August 1, 2025

Respectfully submitted,

**SMITH CURRIE OLES LLP**

_____
Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

*Counsel for Hensel Phelps Construction Co.*

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 1, 2025, a copy of the foregoing Motion for Protective Order was served upon all parties via the Court's electronic case filing system.

*/s/ Jacob W Scott*
Jacob W. Scott