IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES )<br>)<br>    Defendant. )<br>) | Case No. 25-1277 C<br><br>Judge _____ |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") files this notice of related cases. While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court by (1) Cianbro Constructors, LLC and EVCON-CWC JV, LLC, docketed as Consolidated Case No. 25-01034; (2) The Haskell Company, docketed as Case No. 25-1134; (3) HPCC, docketed as Case No. 25-1149; and (4) HPCC, docketed as Case No. 25-1189, all of which are currently before Judge Holte. Motions to consolidate Case No. 25-1134, Case No. 25-1149, and Case No. 25-1189 with Consolidated Case No. 25-01034 are pending. The legal issues raised in this protest and in the Cianbro Constructors, LLC, EVCON-CWC JV, The Haskell Company, and HPCC protests (including an additional protest regarding solicitation number W9123825RA004 being filed contemporaneously with this protest) are similar, all challenging the use of project labor agreements on federal construction projects in excess of $35,000,000.

1

| | |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| | **SMITH CURRIE OLES LLP** |
| | *[signature]* |
| | Jacob W. Scott |
| | Allison G. Geewax |
| | Mark Emilio S. Abrajano |
| | 1921 Gallows Road, Suite 850 |
| | Tysons, VA 22182 |
| | Telephone: (703) 506-1990 |
| | Facsimile: (703) 506-1140 |
| | Email: jwscott@smithcurrie.com |
| | Email: aggeewax@smithcurrie.com |
| | Email: msabrajano@smithcurrie.com |
| | |
| | *Counsel for Hensel Phelps Construction Co.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2025, a copy of the foregoing Notice of Directly Related Cases was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott