# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Bid Protest

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 25-1277 C |
| v. ) | |
| ) | Judge _____ |
| THE UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") makes the following disclosure:

HPCC is a general partnership comprised of Hensel Phelps Parent 1, Inc. and Hensel Phelps Parent 2, Inc., neither of which is publicly held. No publicly held corporation owns 10% or more of HPCC's stock.

Dated: August 1, 2025

Respectfully submitted,

SMITH CURRIE OLES LLP

Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

*Counsel for Hensel Phelps Construction Co.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2025, a copy of the foregoing Plaintiff's RCFC 7.1 Disclosure Statement was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott

2