# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO., *Plaintiff*, v. THE UNITED STATES, *Defendant*. | Case No. 25-1277<br>Judge: Ryan T. Holte |

## JOINT MOTION TO STAY PROCEEDINGS

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC), plaintiff, Hensel Phelps Construction Co. (HPCC), and defendant, the United States, jointly and respectfully request that the Court stay proceedings in this case pending its resolution of related consolidated cases.

Since June 20, 2025, various plaintiffs have filed more than 12 related complaints in this Court challenging the inclusion of project labor agreement (PLA) requirements in more than 10 separate procurements.[1]  Multiple cases have been consolidated with the first case filed, *Cianbro Constructors, LLC v. United States*, No. 25-1034, and the parties anticipate that additional related cases will also be consolidated.  In each of the cases that have been consolidated or that the parties anticipate will be consolidated, the Government anticipates awarding the contracts at

---

[1] Three of those complaints have been voluntarily dismissed.

issue between December 2025 and February 2026. In contrast, the Government does not anticipate awarding the contract at issue in this case until July 2026. Accordingly, in an attempt to conserve the resources of the Court and the parties in litigating the PLA protests, the parties respectfully request that this case be stayed rather than consolidated. At a minimum, the Court's resolution of the consolidated cases may narrow the issues in this case and provide a framework for analyzing any remaining issues.

During the pendency of the stay, the procuring agency, the United States Army Corps of Engineers (USACE), agrees that it will voluntarily stay award pursuant to the solicitation at issue in this case, No. W9128F25RA015, until the Court resolves the consolidated protests or this case is dismissed. All parties agree, however, that USACE is nevertheless free to receive and evaluate proposals in response to the solicitation and to complete other pre-award activities.

For the reasons explained above, the parties jointly and respectfully request that the Court stay all further proceedings in this action pending its resolution of the consolidated protests. The parties further request that the Court order that the parties submit a joint status report, within 14 days of the Court's resolution of the consolidated cases, regarding whether any further proceedings in this case are warranted following the resolution of the consolidated cases and, if so, proposing a schedule for any such proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
| s/ Jacob W. Scott<br>Jacob W. Scott<br>Allison G. Geewax<br>Mark Emilio S. Abrajano<br>1921 Gallows Road, Suite 850<br>Tysons, VA 22182<br>Telephone: (703) 506-1990<br>Facsimile: (703) 506-1140<br>Email: jwscott@smithcurrie.com<br>Email: aggeewax@smithcurrie.com<br>Email: msabrajano@smithcurrie.com<br><br>Attorneys for Plaintiff<br><br>Dated: August 13, 2025 | PATRICIA M. MCCARTHY<br>Director<br><br>s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 616-0302<br>Fax: (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: August 13, 2025 |